IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| TRINIDAD RODRIGUEZ and <br> ALICIA RODRIGUEZ <br>     Plaintiffs, <br><br> v. <br><br> DANNY SEANEZ and <br> UNITED STATES OF AMERICA <br>     Defendants. | § § § § § § § § § § | EP-23-CV-00220-DB |

## ORDER OF DISMISSAL

On this day the Court considered Plaintiffs Trinidad Rodriguez and Alicia Rodriguez's ("Plaintiffs") "[ ] Dismissal of Plaintiffs' Complaint Without Prejudice," ECF No. 7, seeking to dismiss "all claims asserted, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure." *Id.* at 1. After reviewing such Motion, the Court is of the opinion that it should be **GRANTED**.

It is therefore **ORDERED** and **ADJUDGED** that all of Plaintiffs' claims against Defendants Danny Seanez and the United States of America in this lawsuit shall be, and hereby are, **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 11th day of **December 2023**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE