IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **TRINIDAD RODRIGUEZ and** | § | |
| **ALICIA RODRIGUEZ** | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | EP-23-CV-00220-DB |
| | § | |
| **DANNY SEANEZ and** | § | |
| **UNITED STATES OF AMERICA** | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On December 11, 2023, the Court entered an order dismissing all claims in the above-captioned case without prejudice. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE.**

SIGNED this 11th day of **December 2023**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE